## Bertelson, Richard  (Finance OGC)

| | |
|---|---|
| **From:** | ONeill, David (Fayette PVA) |
| **Sent:** | Wednesday, October 17, 2018 8:20 AM |
| **To:** | Rachel Foster; Bruer, Jonathan (Carlisle Co PVA); mbushart@aol.com; plove@hopkinspva.org; Kelley, Jeff D  (Webster Co PVA); Heady, Ronnie D  (Crittenden Co PVA); Sullivan, Susan G  (Ballard Co. PVA); rwood@caldwellcourthouse.com; Crouch, Nikki (Calloway Co PVA); astrader@hesenergy.net; Morgan, Pete (Fulton Co PVA); Carr, Howel  (Graves Co PVA); Ballantine, Amanda (Hickman Co PVA); Harp, Elisha A (Livingston Co PVA); Bock, Nancy D  (McCracken Co PVA); triggco@bellsouth.net; Wells, Clay (Union Co PVA); thenson@mcpva.com; Moran, Howard (Henderson Co PVA); lyonpva072@gmail.com; balwardpva@bellsouth.net; dhutcherson@hcky.org; Chinn, Jason S  (Ohio Co PVA); Oliver, Tracy W (Allen Co PVA); White, Kyle (Edmonson Co PVA); Loganpva.Ben@gmail.com; Bland, Dana H  (Breckinridge Co PVA); bradbaileypva@glasgow-ky.com; sbrosnan@butlercoky.com; Perkins, Ernie (Grayson Co PVA); Robertson, Karen M (Hancock Co PVA); Atwell, Cindy   (Hart Co PVA); Ayer, Dale (McLean Co PVA); meadepva@bbtel.com; perry.stokes@att.net; Bob.branstetter@warrenpva.ky.gov; Taylor, Robert E (Simpson Co PVA); Curry, Sean D (Green Co PVA); tw@pulaskipva.com; Campbell, Patrick (Clinton Co PVA); Watson, Gina L  (Cumberland Co PVA); Gambrel, David K  (Lincoln Co PVA); Rakes, Terry W (Marion Co PVA); Welsh, Michael R  (Metcalfe Co PVA); lcarter8@yahoo.com; Popplewell, Tim (Russell Co PVA); Shively, Chad (Taylor Co PVA); Upchurch, Bobby R  (Wayne Co PVA); PVA118@bellsouth.net; Parker, Joyce F   (Laurel Co PVA); Feese, Jeff (Adair Co PVA); slee107308@aol.com; Vaughn, Janet I   (Rockcastle Co PVA); Scriber, Jason  (Henry Co PVA); Best, David L (Mercer Co PVA); tlindauer@jeffersonpva.ky.gov; Johnson, Bruce W (Bullitt Co PVA); Robertson, Rob (Carroll Co. PVA); Middleton, Ruth (Gallatin Co PVA); Tichenor, Barbara B  (Nelson Co PVA); barbaraocpva@yahoo.com; Robertson, Blake (Owen Co PVA); McDowell, Brad  (Shelby Co PVA); Mahoney, Jill  (Trimble Co PVA); Carrico, Fran (Washington Co PVA); jbobbitt@woodfordcountyky.org; kstump@scpva.org; Stivers, Brian C   (Anderson Co PVA); Tamme, Eddie S  (Boyle Co PVA); Cindy.Arlinghaus@boonecountyky.org; carlaharney@hotmail.com; Steele, John E (Pendleton Co PVA); dbraun@campbellcountyky.org; bourboncopva@hotmail.com; karenr.bushart@clarkpva.com; Hix, Jeff (Estill Co PVA); angelamclafferty@wkybb.net; Rose, Paul N   (Jackson Co PVA); bradfreemanpva@hotmail.com; billyackermanpva@gmail.com; Arnold, Floyd (Montgomery Co PVA); Billings, Dustin (Powell Co PVA); scottpva@msn.com; Hall, J Kay   (Garrard Co PVA); Darlene.Plummer@kentoncounty.org; Gatewood, Tom T (Franklin Co PVA); Johnson, Rebecca J (Franklin Co PVA); Lovins, Annette (Robertson Co PVA); charlest.adkins@boydpva.com; Watson, Jacky S (Bath Co PVA); Hall, Robert A (Greenup Co PVA); Rose, Chris A   (Lawrence Co PVA); Cracraft, Troy W   (Mason Co PVA); McDonald, Michelle   (Nicholas Co PVA); Swim, Carmen (Rowan Co PVA); Franklin, Darby (Morgan Co PVA); Florer, Tracey (Bracken Co PVA); Butler, Michele (Fleming Co PVA); Roseberry, Leslie; bethe@mrtc.com; leecopva@mikrotec.com; bellcountypva@bellsouth.net; Allen Jr, Ervine   (Breathitt Co PVA); prmobley@juno.com; Hancock, Connie J  (Floyd Co PVA); Oxendine, William S (Knox Co PVA); Wooton, James D   (Leslie Co PVA); Brown, Richard G (Letcher Co PVA); Swiney, Jerry (Magoffin Co PVA); Hale, Bobby (Martin Co PVA); perrypva@hotmail.com; Trusty Smith, Justina F (Wolfe Co PVA); King, Saundra (Owsley Co PVA); Osborne, Lonnie  (Pike Co PVA); pva058@gmail.com; Wooten, Felicia (Harlan County PVA}; Johnson, Rebecca J (Franklin Co PVA) |
| **Cc:** | Crawford, Tom (DOR) |
| **Subject:** | SAGE |

FYI, Roger Hurlburt and Sage have been challenging assessor data access for many year, making to the US Supreme Court in 2013. Do some Googling.

https://shadowproof.com/2013/04/30/supreme-court-affirms-constitution-doesnt-guarantee-citizens-access-to-public-information/\

From 2009:
https://www.isba.org/committees/governmentlawyers/newsletter/2009/09/partychallengesdenialoffoiarequestb

---

**From:** Rachel Foster [mailto:RachelFoster@daviesskypva.org]
**Sent:** Tuesday, October 16, 2018 1:32 PM
**To:** Bruer, Jonathan (Carlisle Co PVA); mbushart@aol.com; plove@hopkinspva.org; Kelley, Jeff D (Webster Co PVA); Heady, Ronnie D (Crittenden Co PVA); Sullivan, Susan G (Ballard Co. PVA); rwood@caldwellcourthouse.com; Crouch, Nikki (Calloway Co PVA); astrader@hesenergy.net; Morgan, Pete (Fulton Co PVA); Carr, Howel (Graves Co PVA); Ballantine, Amanda (Hickman Co PVA); Harp, Elisha A (Livingston Co PVA); Bock, Nancy D (McCracken Co PVA); triggco@bellsouth.net; Wells, Clay (Union Co PVA); thenson@mcpva.com; Moran, Howard (Henderson Co PVA); lyonpva072@gmail.com; balwardpva@bellsouth.net; dhutcherson@hcky.org; Chinn, Jason S (Ohio Co PVA); Oliver, Tracy W (Allen Co PVA); White, Kyle (Edmonson Co PVA); Loganpva.Ben@gmail.com; Bland, Dana H (Breckinridge Co PVA); bradbaileypva@glasgow-ky.com; sbrosnan@butlercoky.com; Perkins, Ernie (Grayson Co PVA); Robertson, Karen M (Hancock Co PVA); Atwell, Cindy (Hart Co PVA); Ayer, Dale (McLean Co PVA); meadepva@bbtel.com; perry.stokes@att.net; Bob.branstetter@warrenpva.ky.gov; Taylor, Robert E (Simpson Co PVA); Curry, Sean D (Green Co PVA); tw@pulaskipva.com; Campbell, Patrick (Clinton Co PVA); Watson, Gina L (Cumberland Co PVA); Gambrel, David K (Lincoln Co PVA); Rakes, Terry W (Marion Co PVA); Welsh, Michael R (Metcalfe Co PVA); lcarter8@yahoo.com; Popplewell, Tim (Russell Co PVA); Shively, Chad (Taylor Co PVA); Upchurch, Bobby R (Wayne Co PVA); PVA118@bellsouth.net; Parker, Joyce F (Laurel Co PVA); Feese, Jeff (Adair Co PVA); slee107308@aol.com; Vaughn, Janet I (Rockcastle Co PVA); Scriber, Jason (Henry Co PVA); Best, David L (Mercer Co PVA); tlindauer@jeffersonpva.ky.gov; Johnson, Bruce W (Bullitt Co PVA); Robertson, Rob (Carroll Co. PVA); Middleton, Ruth (Gallatin Co PVA); Tichenor, Barbara B (Nelson Co PVA); barbaraocpva@yahoo.com; Robertson, Blake (Owen Co PVA); McDowell, Brad (Shelby Co PVA); Mahoney, Jill (Trimble Co PVA); Carrico, Fran (Washington Co PVA); jbobbitt@woodfordcountyky.org; kstump@scpva.org; Stivers, Brian C (Anderson Co PVA); Tamme, Eddie S (Boyle Co PVA); Cindy.Arlinghaus@boonecountyky.org; carlaharney@hotmail.com; Steele, John E (Pendleton Co PVA); dbraun@campbellcountyky.org; ONeill, David (Fayette PVA); bourboncopva@hotmail.com; karenr.bushart@clarkpva.com; Hix, Jeff (Estill Co PVA); angelamclafferty@wkybb.net; Rose, Paul N (Jackson Co PVA); bradfreemanpva@hotmail.com; billyackermanpva@gmail.com; Arnold, Floyd (Montgomery Co PVA); Billings, Dustin (Powell Co PVA); scottpva@msn.com; Hall, J Kay (Garrard Co PVA); Darlene.Plummer@kentoncounty.org; Gatewood, Tom T (Franklin Co PVA); Johnson, Rebecca J (Franklin Co PVA); Lovins, Annette (Robertson Co PVA); charlest.adkins@boydpva.com; Watson, Jacky S (Bath Co PVA); Hall, Robert A (Greenup Co PVA); Rose, Chris A (Lawrence Co PVA); Cracraft, Troy W (Mason Co PVA); McDonald, Michelle (Nicholas Co PVA); Swim, Carmen (Rowan Co PVA); Franklin, Darby (Morgan Co PVA); Florer, Tracey (Bracken Co PVA); Butler, Michele (Fleming Co PVA); Roseberry, Leslie; bethe@mrtc.com; leecopva@mikrotec.com; bellcountypva@bellsouth.net; Allen Jr, Ervine (Breathitt Co PVA); prmobley@juno.com; Hancock, Connie J (Floyd Co PVA); Oxendine, William S (Knox Co PVA); Wooton, James D (Leslie Co PVA); Brown, Richard G (Letcher Co PVA); Swiney, Jerry (Magoffin Co PVA); Hale, Bobby (Martin Co PVA); perrypva@hotmail.com; Trusty Smith, Justina F (Wolfe Co PVA); King, Saundra (Owsley Co PVA); Osborne, Lonnie (Pike Co PVA); pva058@gmail.com; Wooten, Felicia (Harlan County PVA}; Johnson, Rebecca J (Franklin Co PVA)
**Cc:** Crawford, Tom (DOR)
**Subject:** RE: Latest open requests from SAGE

I agree 100% - Called Mack this morning and said the exact same thing!

---

**From:** Bruer, Jonathan (Carlisle Co PVA) [mailto:Jonathan.Bruer@ky.gov]
**Sent:** Tuesday, October 16, 2018 11:07 AM
**To:** mbushart@aol.com; plove@hopkinspva.org; Kelley, Jeff D (Webster Co PVA); Heady, Ronnie D (Crittenden Co PVA);

Sullivan, Susan G (Ballard Co. PVA); rwood@caldwellcourthouse.com; Crouch, Nikki (Calloway Co PVA); astrader@hesenergy.net; Morgan, Pete (Fulton Co PVA); Carr, Howel (Graves Co PVA); Ballantine, Amanda (Hickman Co PVA); Harp, Elisha A (Livingston Co PVA); Bock, Nancy D (McCracken Co PVA); triggco@bellsouth.net; Wells, Clay (Union Co PVA); thenson@mcpva.com; Moran, Howard (Henderson Co PVA); lyonpva072@gmail.com; balwardpva@bellsouth.net; dhutcherson@hcky.org; Chinn, Jason S (Ohio Co PVA); Oliver, Tracy W (Allen Co PVA); White, Kyle (Edmonson Co PVA); Loganpva.Ben@gmail.com; Bland, Dana H (Breckinridge Co PVA); bradbaileypva@glasgow-ky.com; sbrosnan@butlercoky.com; Rachel Foster; Perkins, Ernie (Grayson Co PVA); Robertson, Karen M (Hancock Co PVA); Atwell, Cindy (Hart Co PVA); Ayer, Dale (McLean Co PVA); meadepva@bbtel.com; perry.stokes@att.net; Bob.branstetter@warrenpva.ky.gov; Taylor, Robert E (Simpson Co PVA); Curry, Sean D (Green Co PVA); tw@pulaskipva.com; Campbell, Patrick (Clinton Co PVA); Watson, Gina L (Cumberland Co PVA); Gambrel, David K (Lincoln Co PVA); Rakes, Terry W (Marion Co PVA); Welsh, Michael R (Metcalfe Co PVA); lcarter8@yahoo.com; Popplewell, Tim (Russell Co PVA); Shively, Chad (Taylor Co PVA); Upchurch, Bobby R (Wayne Co PVA); PVA118@bellsouth.net; Parker, Joyce F (Laurel Co PVA); Feese, Jeff (Adair Co PVA); slee107308@aol.com; Vaughn, Janet I (Rockcastle Co PVA); Scriber, Jason (Henry Co PVA); Best, David L (Mercer Co PVA); tlindauer@jeffersonpva.ky.gov; Johnson, Bruce W (Bullitt Co PVA); Robertson, Rob (Carroll Co. PVA); Middleton, Ruth (Gallatin Co PVA); Tichenor, Barbara B (Nelson Co PVA); barbaraocpva@yahoo.com; Robertson, Blake (Owen Co PVA); McDowell, Brad (Shelby Co PVA); Mahoney, Jill (Trimble Co PVA); Carrico, Fran (Washington Co PVA); jbobbitt@woodfordcountyky.org; kstump@scpva.org; Stivers, Brian C (Anderson Co PVA); Tamme, Eddie S (Boyle Co PVA); Cindy.Arlinghaus@boonecountyky.org; carlaharney@hotmail.com; Steele, John E (Pendleton Co PVA); dbraun@campbellcountyky.org; ONeill, David (Fayette PVA); bourboncopva@hotmail.com; karenr.bushart@clarkpva.com; Hix, Jeff (Estill Co PVA); angelamclafferty@wkybb.net; Rose, Paul N (Jackson Co PVA); bradfreemanpva@hotmail.com; billyackermanpva@gmail.com; Arnold, Floyd (Montgomery Co PVA); Billings, Dustin (Powell Co PVA); scottpva@msn.com; Hall, J Kay (Garrard Co PVA); Darlene.Plummer@kentoncounty.org; Gatewood, Tom T (Franklin Co PVA); Johnson, Rebecca J (Franklin Co PVA); Lovins, Annette (Robertson Co PVA); charlest.adkins@boydpva.com; Watson, Jacky S (Bath Co PVA); Hall, Robert A (Greenup Co PVA); Rose, Chris A (Lawrence Co PVA); Cracraft, Troy W (Mason Co PVA); McDonald, Michelle (Nicholas Co PVA); Swim, Carmen (Rowan Co PVA); Franklin, Darby (Morgan Co PVA); Florer, Tracey (Bracken Co PVA); Butler, Michele (Fleming Co PVA); Roseberry, Leslie; bethe@mrtc.com; leecopva@mikrotec.com; bellcountypva@bellsouth.net; Allen Jr, Ervine (Breathitt Co PVA); prmobley@juno.com; Hancock, Connie J (Floyd Co PVA); Oxendine, William S (Knox Co PVA); Wooton, James D (Leslie Co PVA); Brown, Richard G (Letcher Co PVA); Swiney, Jerry (Magoffin Co PVA); Hale, Bobby (Martin Co PVA); perrypva@hotmail.com; Trusty Smith, Justina F (Wolfe Co PVA); King, Saundra (Owsley Co PVA); Osborne, Lonnie (Pike Co PVA); pva058@gmail.com; Wooten, Felicia (Harlan County PVA}; Johnson, Rebecca J (Franklin Co PVA)
**Cc:** Crawford, Tom (DOR)
**Subject:** RE: Latest open requests from SAGE
**Importance:** High

For the record I understand I am replying to all recipients for the purpose of continuity. I think before we send quotes we need to be on the same page. We have conflicting information out there that is going to eventually compromise our ability to charge for this information. I'm sure that is not the result any of us want. Mack or anyone for that matter, would you be willing to create an example quote for this information so that we are in unison with our quotes. I've talked to a few others about this and we all have different understandings and opinions on what should be charged for and how it should be charged for and that is what company's are looking for to undermine our ability to charge for our data. Some are very conservative in their quotes because they fear companies will balk at the cost and some are aggressive because the fee schedule allows. I think it is imperative that we come to a 120 county agreement in how to quote this before we lose our ability to charge at all. I think we've discussed this for multiple years now and have not come to a resolution.

*Thank You,*
*Jonathan Bruer*



**From:** mbushart@aol.com <mbushart@aol.com>
**Sent:** Monday, October 15, 2018 2:27 PM
**To:** plove@hopkinspva.org; Kelley, Jeff D (Webster Co PVA) <JeffD.Kelley@ky.gov>; Heady, Ronnie D (Crittenden Co PVA) <RonnieD.Heady@ky.gov>; Sullivan, Susan G (Ballard Co. PVA) <SusanG.Sullivan@ky.gov>; rwood@caldwellcourthouse.com; Crouch, Nikki (Calloway Co PVA) <Nikki.Crouch@ky.gov>; astrader@hesenergy.net; Morgan, Pete (Fulton Co PVA) <Pete.Morgan@ky.gov>; Carr, Howel (Graves Co PVA) <WayneH.Carr@ky.gov>; Ballantine, Amanda (Hickman Co PVA) <Amanda.Ballantine@ky.gov>; Harp, Elisha A (Livingston Co PVA) <ElishaA.Harp@ky.gov>; Bock, Nancy D (McCracken Co PVA) <NancyD.Bock@ky.gov>; triggco@bellsouth.net; Wells, Clay (Union Co PVA) <clay.wells@ky.gov>; thenson@mcpva.com; Moran, Howard (Henderson Co PVA) <Howard.Moran@ky.gov>; Bruer, Jonathan (Carlisle Co PVA) <Jonathan.Bruer@ky.gov>; lyonpva072@gmail.com; balwardpva@bellsouth.net; dhutcherson@hcky.org; Chinn, Jason S (Ohio Co PVA) <JasonS.Chinn@ky.gov>; Oliver, Tracy W (Allen Co PVA) <Tracy.Oliver@ky.gov>; White, Kyle (Edmonson Co PVA) <Kyle.White@ky.gov>; Loganpva.Ben@gmail.com; Bland, Dana H (Breckinridge Co PVA) <DanaH.Bland@ky.gov>; bradbaileypva@glasgow-ky.com; sbrosnan@butlercoky.com; RachelFoster@daviesskypva.org; Perkins, Ernie (Grayson Co PVA) <Ernie.Perkins@ky.gov>; Robertson, Karen M (Hancock Co PVA) <karen.robertson@ky.gov>; Atwell, Cindy (Hart Co PVA) <Cindy.Atwell@ky.gov>; Ayer, Dale (McLean Co PVA) <Dale.Ayer@ky.gov>; meadepva@bbtel.com; perry.stokes@att.net; Bob.branstetter@warrenpva.ky.gov; Taylor, Robert E (Simpson Co PVA) <roberte.taylor@ky.gov>; Curry, Sean D (Green Co PVA) <sean.curry@ky.gov>; tw@pulaskipva.com; Campbell, Patrick (Clinton Co PVA) <patrick.campbell@ky.gov>; Watson, Gina L (Cumberland Co PVA) <GinaL.Watson@ky.gov>; Gambrel, David K (Lincoln Co PVA) <DavidK.Gambrel@ky.gov>; Rakes, Terry W (Marion Co PVA) <terry.rakes@ky.gov>; Welsh, Michael R (Metcalfe Co PVA) <MichaelR.Welsh@ky.gov>; lcarter8@yahoo.com; Popplewell, Tim (Russell Co PVA) <tim.popplewell@ky.gov>; Shively, Chad (Taylor Co PVA) <Chad.Shively@ky.gov>; Upchurch, Bobby R (Wayne Co PVA) <BobbyR.Upchurch@ky.gov>; PVA118@bellsouth.net; Parker, Joyce F (Laurel Co PVA) <JoyceF.Parker@ky.gov>; Feese, Jeff (Adair Co PVA) <Jeffrey.Feese@ky.gov>; slee107308@aol.com; Vaughn, Janet I (Rockcastle Co PVA) <JanetI.Vaughn@ky.gov>; Scriber, Jason (Henry Co PVA) <JasonO.Scriber@ky.gov>; Best, David L (Mercer Co PVA) <DavidL.Best@ky.gov>; tlindauer@jeffersonpva.ky.gov; Johnson, Bruce W (Bullitt Co PVA) <BruceW.Johnson@ky.gov>; Robertson, Rob (Carroll Co. PVA) <Rob.Robertson@ky.gov>; Middleton, Ruth (Gallatin Co PVA) <Ruth.Middleton@ky.gov>; Tichenor, Barbara B (Nelson Co PVA) <BarbaraB.Tichenor@ky.gov>; barbaraocpva@yahoo.com; Robertson, Blake (Owen Co PVA) <blake.robertson@ky.gov>; McDowell, Brad (Shelby Co PVA) <Brad.McDowell@ky.gov>; Mahoney, Jill (Trimble Co PVA) <JillM.Mahoney@ky.gov>; Carrico, Fran (Washington Co PVA) <Fran.Carrico@ky.gov>; jbobbitt@woodfordcountyky.org; kstump@scpva.org; Stivers, Brian C (Anderson Co PVA) <BrianC.Stivers@ky.gov>; Tamme, Eddie S (Boyle Co PVA) <EddieS.Tamme@ky.gov>; Cindy.Arlinghaus@boonecountyky.org; carlaharney@hotmail.com; Steele, John E (Pendleton Co PVA) <JohnE.Steele@ky.gov>; dbraun@campbellcountyky.org; ONeill, David (Fayette PVA) <David.ONeill@ky.gov>; bourboncopva@hotmail.com; karenr.bushart@clarkpva.com; Hix, Jeff (Estill Co PVA) <Jeff.Hix@ky.gov>; angelamclafferty@wkybb.net; Rose, Paul N (Jackson Co PVA) <PaulN.Rose@ky.gov>; bradfreemanpva@hotmail.com; billyackermanpva@gmail.com; Arnold, Floyd (Montgomery Co PVA) <Floyd.Arnold@ky.gov>; Billings, Dustin (Powell Co PVA) <Dustin.Billings@ky.gov>; scottpva@msn.com; Hall, J Kay (Garrard Co PVA) <jkay.hall@ky.gov>; Darlene.Plummer@kentoncounty.org; Gatewood, Tom T (Franklin Co PVA) <tom.gatewood@ky.gov>; Johnson, Rebecca

DEF000352

J (Franklin Co PVA) <rj.johnson@ky.gov>; Lovins, Annette (Robertson Co PVA) <annette.lovins@ky.gov>; charlest.adkins@boydpva.com; Watson, Jacky S (Bath Co PVA) <Jacky.Watson@ky.gov>; Hall, Robert A (Greenup Co PVA) <Robert.Hall@ky.gov>; Rose, Chris A (Lawrence Co PVA) <ChrisA.Rose@ky.gov>; Cracraft, Troy W (Mason Co PVA) <TroyW.Cracraft@ky.gov>; McDonald, Michelle (Nicholas Co PVA) <michelle.mcdonald@ky.gov>; Swim, Carmen (Rowan Co PVA) <carmen.swim@ky.gov>; Franklin, Darby (Morgan Co PVA) <Darby.Franklin@ky.gov>; Florer, Tracey (Bracken Co PVA) <Tracey.Florer@ky.gov>; Butler, Michele (Fleming Co PVA) <MicheleF.Butler@ky.gov>; Roseberry, Leslie <Leslie.Roseberry@ky.gov>; bethe@mrtc.com; leecopva@mikrotec.com; bellcountypva@bellsouth.net; Allen Jr, Ervine (Breathitt Co PVA) <Ervine.AllenJr@ky.gov>; prmobley@juno.com; Hancock, Connie J (Floyd Co PVA) <ConnieJ.Hancock@ky.gov>; Oxendine, William S (Knox Co PVA) <WilliamS.Oxendine@ky.gov>; Wooton, James D (Leslie Co PVA) <JamesD.Wooton@ky.gov>; Brown, Richard G (Letcher Co PVA) <richardg.brown@ky.gov>; Swiney, Jerry (Magoffin Co PVA) <jerry.swiney@ky.gov>; Hale, Bobby (Martin Co PVA) <BobbyE.Hale@ky.gov>; perrypva@hotmail.com; Trusty Smith, Justina F (Wolfe Co PVA) <justina.smith@ky.gov>; King, Saundra (Owsley Co PVA) <Saundra.King@ky.gov>; Osborne, Lonnie (Pike Co PVA) <LonnieK.Osborne@ky.gov>; pva058@gmail.com; Wooten, Felicia (Harlan County PVA} <Felicia.Wooten@ky.gov>; Johnson, Rebecca J (Franklin Co PVA) <rj.johnson@ky.gov>
**Cc:** Crawford, Tom (DOR) <Tom.Crawford@ky.gov>
**Subject:** Latest open requests from SAGE

All,
I have heard from many of you receiving open record requests from Sage, which is the same data acquisition company that sued Boone County four years ago.  I assume the company has sent these requests in a mass mailing.

For those that have not had many open record requests, you have three business days to reply back to the company.  So if you received the request today, you need to have a response in the mail by close of business on Thursday

I have seen letters from two different counties.  They ask for the same information in both letters.  They affirm they are a commercial company using the data for a commercial purpose, so the fee schedule should be used and also send a contract for them to sign with the cost estimate.  The fee schedule and contract is on the PVA network if you don't have a copy handy.

You do not have to compile any special list or provide any special request if you don't already have one available.  Some of you belong to GIS consortiums and you do not normally sell the shape files but refer requests for such information to the consortium.  This is no different.  Just reply to the open request letter that the consortium is the responsible authority for the data and give the contact information.

If you have further questions, please let me know.

Mack