# Fee Schedule Parcel Cost Analysis

November 19, 2018

**Personnel cost per parcel**

| | | |
|---|---:|---:|
| Annual average salary including benefits of one employee | $63,024 | |
| (Average salary of all employees in all 120 counties) | | |
| Parcels in median county (Median of parcel counts of 120 counties) | 12,000 | |
| Personnel cost per parcel | | $5.25 |

**Mileage cost**

| | | |
|---|---:|---:|
| | $9,000 | |
| Mileage cost per parcel | | $.75 |

**Annual Statewide Costs per parcel**

| | | |
|---|---:|---:|
| Computers (965 x 834) / 4 years | 201,200 | |
| Equipment – Printers, plotters, GPS USB devices, scanners | 200,000 | |
| ESRI Enterprise License Agreement | 275,000 | |
| Aerial Photography | 1,000,000 | |
| GIS training – PVA employees | 90,000 | |
| GIS training – Revenue (teachers) | 9,000 | |
| GIS training – computer (leased) | 13,500 | |
| GIS Revenue staff (5 employees) | 270,000 | |
| Software (GoToAssist – 5 x 660) | 3300 | |
| Internet ( 86 counties X 1200 annual charge) | 103,200 | |
| Internet ( COT counties- 34 counties at $5400 annually per office) | 336,000 | |
| Tax Roll Software | <u>1,000,000</u> | |
| Total state costs | 3,501,200 | |
| Total state parcels 2018        2,232,531 | | |
| Parcel Cost per parcel | | <u>$1.57</u> |
| Total Annual Cost per parcel | | **$7.57** |

11