UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| ZILLOW, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:19-cv-00049-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL P. BORK, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\*

This matter is before the Court on the parties' Joint Motion for an Agreed Order regarding the Dispositive Motion Briefing Schedule. [R. 62.] The parties being in agreement and the Court being sufficiently advised, the parties' Motion [**R. 62**] is **GRANTED**. The response and reply deadlines, as set out in the parties' briefing schedule [R. 62], are hereby incorporated into the previous Scheduling Order [R. 35] as amended.

This the 22nd day of September, 2021.

Gregory F. Van Tatenhove
United States District Judge