UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| ZILLOW, INC., | ) |
| Plaintiff, | ) ) ) Civil No. 3:19-cv-00049-GFVT |
| V. | ) ) |
| DANIEL P. BORK, *et al.*, | ) **JUDGMENT** ) ) |
| Defendants. | ) ) |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Zillow, Inc.'s Motion for Summary Judgment **[R. 61]** is **GRANTED IN PART**, as explained in the Court's contemporaneous Memorandum Opinion and Order;

2. Judgment is **ENTERED** in favor of the Plaintiff on the portions of Counts I and II challenging the newspaper exception, KRS § 61.870(4)(b)(1) under the First and Fourteenth Amendments;

3. The Defendants are **PERMANENTLY ENJOINED** from enforcing KRS § 61.870(4)(b)(1) in light of the unconstitutional restriction it places on the First Amendment rights of other commercial purpose requesters.

4. The newspaper exception established in KRS § 61.870(4)(b)(1) is **DECLARED** unconstitutional under the First and Fourteenth Amendments.

5. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 23rd day of March, 2022.

Gregory F. Van Tatenhove
United States District Judge