UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| ZILLOW, INC., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS B. MILLER, *et al.*, <br><br> Defendants. | Civil Action No. 3:19-cv-00049-GFVT <br><br> Judge Gregory F. Van Tatenhove <br><br> **MOTION TO ALTER OR AMEND JUDGMENT** <br> **(ORAL ARGUMENT REQUESTED)** |

Pursuant to Federal Rule of Civil Procedure 59(e), Plaintiff Zillow, Inc. ("Zillow") moves this Court to alter or amend its judgment entered on March 24, 2022 granting, in part, Zillow's Motion for Summary Judgment (R. 61). Zillow moves the Court to alter or amend its judgment to either (1) sever the Commercial Purpose Fee Statutes from the ORA in their entirety, and permanently enjoin Defendants[1] from enforcing them, or, in the alternative, enjoin Defendants from enforcing the Commercial Purpose Fee Statutes against Zillow only. A memorandum in support of Plaintiff's motion, and a proposed order, are attached.

Respectfully submitted,

*/s/* Darren W. Ford
J. Stephen Smith (KBA 86612)
Darren W. Ford (KBA 95373)
GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Drive

---

[1] Defendants are the Commissioner of the Department of Revenue, Thomas Miller, and the property valuation administrators for Shelby, Franklin, Henry, Owen, Trimble, and Clark Counties. The property valuation administrator defendants are referred to collectively as "Defendant PVAs."

Suite 300
Ft. Mitchell, KY 41017
Phone: (859) 578-7263
Facsimile: (859) 578-3073
Email: ssmith@graydon.law
          dford@graydon.law

&

John C. Greiner (*Pro Hac Vice*)
Kellie A. Kulka (*Pro Hac Vice*)
GRAYDON HEAD & RITCHEY LLP
312 Walnut Street
Suite 1800
Cincinnati, OH  45202
Phone: (513) 621-2734
Fax:    (513) 651-3836
E-mail: jgreiner@graydon.law
          kkulka@graydon.law

ATTORNEYS FOR PLAINTIFF

11733509.1