UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| ZILLOW, INC., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS B. MILLER, *et al*. <br><br> Defendants. | Civil Action No. 3:19-cv-00049-GFVT <br><br> Judge Gregory F. Van Tatenhove <br><br> **ORDER GRANTING PLAINTIFF ZILLOW, INC.'S MOTION TO ALTER OR AMEND** |

This matter is before the Court on Plaintiff Zillow, Inc.'s ("Zillow's") Motion to Alter or Amend Judgment. The Court, having heard from the parties, and being in all other ways sufficiently advised, GRANTS Zillow's Motion, and

HEREBY ORDERS:

The Court alters its Judgment of March 24, 2022 (Doc. 69) as follows:

1. KRS §§ 61.870(4), 61.874(2)-(5), and section (4) of KRS § 133.047 (collectively, the "Commercial Purpose Fee Statutes") are severed from the remainder of the Open Records Act (ORA), KRS § 61.870, *et seq.*;

2. Defendants are enjoined from enforcing the Commercial Purpose Fee Statutes;

3. The Court finds that the Commercial Purpose Fee Statutes are unconstitutional as applied to Zillow when making a request for publication or related use within the meaning of KRS § 61.870(4)(b)(1); and

4. Defendants are enjoined from enforcing the Commercial Purpose Fee Statutes against Zillow when making a public records request for publication or related use within the meaning of KRS § 61.870(4)(b)(1).

SO ORDERED THIS ___ DAY OF _____, 2022.

PREPARED BY:

*/s/* Darren W. Ford
J. Stephen Smith (KBA 86612)
Darren W. Ford (KBA 95373)
GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Drive
Suite 300
Ft. Mitchell, KY 41017
Phone: (859) 578-7263
Facsimile: (859) 578-3073
Email: ssmith@graydon.law
       dford@graydon.law

&

John C. Greiner (*Pro Hac Vice*)
Kellie A. Kulka (*Pro Hac Vice*)
GRAYDON HEAD & RITCHEY LLP
312 Walnut Street
Suite 1800
Cincinnati, OH  45202
Phone: (513) 621-2734
Fax:    (513) 651-3836
E-mail:jgreiner@graydon.law
       kkulka@graydon.law

ATTORNEYS FOR PLAINTIFF

11740333.1