UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 3:19-CV-00049-GFVT-EBA

ZILLOW, INC.,                                                                                            PLAINTIFF,

V.                                                         **ORDER**

DANIEL P BORK,
Commissioner of the Kentucky
Department of Revenue, *et al.*,                                                                         DEFENDANTS.

*** *** *** ***

The Kentucky Press Association, Inc., and American City Business Journals, Inc. d/b/a/ Louisville Business First ("LBF") move to intervene in this case for the limited purpose of appealing this Court's recent declaratory judgment. [R. 72]. The motion is unopposed. Having fully considered the matter, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the Kentucky Press Association and LBF's Motion to Intervene [R. 72] is **GRANTED**. Movants are entitled to intervene in this matter and, accordingly, may file their intervening complaint on the Court's docket.

Signed May 4, 2022.



Signed By:
*Edward B. Atkins*  EBA
**United States Magistrate Judge**