Eastern District of Kentucky
**FILED**

MAY 2 6 2022

AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| ZILLOW, INC., <br><br> Plaintiff, <br><br> v. <br><br> HON. THOMAS B. MILLER, *et al.*, <br><br> Defendants. | Civil Action No. 3:19-cv-00049-GFVT <br><br> Judge Gregory F. Van Tatenhove <br><br> **AGREED ORDER EXTENDING TIME OF PLAINTIFF ZILLOW, INC. TO FILE REPLIES IN SUPPORT OF MOTION FOR ATTORNEY'S FEES (Doc. 70) AND MOTION TO ALTER OR AMEND JUDGMENT (Doc. 71)** |

Pursuant to LR 7.1(b), Plaintiff Zillow, Inc. ("Zillow"), and Defendants Hon. Thomas B. Miller, Hon. Brad McDowell, Hon. Kellie Lang, Hon. Jason Scriber, Hon. Blake Robertson, Hon. Jill M. Mahoney, and Hon. Jason Neely, by and through counsel, respectfully submit this Agreed Order extending the time for Zillow to file its replies in support of its *Motion for Attorney's Fees* (Doc. 70) and *Motion to Alter or Amend Judgment* (Doc. 71) up to, and including, **JUNE 1, 2022**.

Signed 5/26/2022.



Signed By:
Edward B. Atkins *EBA*
United States Magistrate Judge

TENDERED BY:

/s/ Darren W. Ford
Darren W. Ford (KBA 95373)
GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Dr., Suite 300
Ft. Mitchell, KY 41017
Phone: (859) 578-7263
Fax: (859) 578-3073
Email: dford@graydon.law

COUNSEL FOR PLAINTIFF

HAVE SEEN; AGREED:

/s/ Richard W. Bertelson, III w/ email auth. 5-25-2022
Richard W. Bertelson, III  (KBA 87463)
Kentucky Department Of Revenue
501 High Street
Frankfort, KY  40601
Phone: (502) 564-9581
Fax: (502) 564-4044
Email: Richard.bertelson@ky.gov

COUNSEL FOR DEFENDANTS

11799941.1