IN THE UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | |
|---|---|
| ZILLOW, INC., | CASE NO. 3:19-cv-00049-GFVT |
| | Judge Gregory F. VanTatenhove |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL** |
| THOMAS B. MILLER, *et al.*, | |
| Defendants. | |

    Notice is hereby given that Plaintiff Zillow, Inc. ("Zillow"), through counsel, appeals to the United States Court of Appeals for the Sixth Circuit from that portion of the Judgment entered March 24, 2022 (Doc. 69) ("Judgment") denying, in part, Zillow's motion for summary judgment, and the Court's Memorandum Opinion & Order denying Zillow's Motion to Amend the Judgment entered on March 6, 2023 (Doc. 88).

Respectfully submitted,

/s/ Darren W. Ford
John C. Greiner
Darren W. Ford
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (513) 632-0315
Fax: (513) 632-0319
Email: jgreiner@ficlaw.com
       dford@ficlaw.com

Attorneys for Plaintiff Zillow, Inc.

4860-7946-9914.1