## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 10, 2023

Mr. Michael Patrick Abate
Kaplan, Johnson, Abate & Bird
710 W. Main Street
Suite 400
Louisville, KY 40202

        Re: Case No. 23-5300, *Zillow, Inc. v. Daniel Bork, et al*
             Originating Case No. 3:19-cv-00049

Dear Counsel,

   This appeal has been docketed as case number **23-5300** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **April 24, 2023**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:
   Appearance of Counsel
   Civil Appeal Statement of Parties & Issues
   Disclosure of Corporate Affiliations
   Application for Admission to 6th Circuit Bar (if applicable)

Appellee:
   Appearance of Counsel
   Disclosure of Corporate Affiliations
   Application for Admission to 6th Circuit Bar (if applicable)

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                              Sincerely yours,

                              s/Robin L Baker
                              Case Manager
                              Direct Dial No. 513-564-7014

cc:  Mr. Richard William Bertelson III
      Mr. Darren W. Ford

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 23-5300

ZILLOW, INC.

       Intervenor-Defendant - Appellee

KENTUCKY PRESS ASSOCIATION, INC.; AMERICAN CITY BUSINESS JOURNALS, INC., dba Louisville Business First

       Intervenors-Plaintiffs - Appellants

v.

DANIEL P. BORK, Commissioner of the Kentucky Department of Revenue; BRAD MCDOWELL, Property Valuation Administrator for Shelby County, KY; KELLIE LANG, Property Valuation Administrator for Franklin County, KY; JASON SCRIBER, Property Valuation Administrator for Henry County, KY; BLAKE ROBERTSON, Property Valuation Administrator for Owen County, KY; JILL M. MAHONEY; JADA BRADY, Property Valuation Administrator for Clark County, KY

       Intervenors-Defendants - Appellees