UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| ZILLOW, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:19-cv-00049-GFVT-EBA |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM OPINION** |
| DANIEL P. BORK, *et al.*, | ) | **&** |
| | ) | **ORDER** |
| Defendants. | ) | |
| | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on its own Motion. This action stems from Zillow, Inc. challenging Defendant PVA's ability to charge it a commercial purpose fee as a violation of the First and Fourteenth Amendments. In March 2022, this Court granted in part Zillow's Motion for Summary Judgment, finding that the newspaper exception is unconstitutional and ordered a permanent injunction on KRS § 61.870. [R. 68 at 21.] The parties appealed to the Sixth Circuit. The Sixth Circuit reversed this Court's order, ultimately deeming the newspaper exception constitutional because the commercial/non-commercial purpose distinction does not impermissibly discriminate based on the content of Zillow's speech. [R. 94-1 at 3.] Further, the Sixth Circuit ordered this Court to vacate the permanent injunction and grant summary judgment to the PVAs. *Id.* at 21. Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Permanent Injunction against the Defendants **[R. 68]** is **VACATED**;

2. The Court's prior Opinion and Order **[R. 68]** and Judgment **[R. 69]** are **VACATED**;

3. The Defendants' Motion for Summary Judgment **[R. 60]** is **GRANTED**;

4. This case is **STRICKEN** from the Court's active docket; and

    5. Judgment shall issue promptly.

This the 27th day March 2025.



Gregory F. Van Tatenhove
United States District Judge